UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD P. BARLETTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 3:10CV1311 (WWE) |
| | : | |
| BANK OF AMERICA, | : | |
| EXPERIAN CREDIT SERVICES, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This action came on for consideration on defendant's Motion to Dismiss for Lack of Prosecution before the Honorable Warren W. Eginton, Senior United States District Judge. On December 5, 2012, an Order entered granting the relief. There is no record that defendant Experian Credit Services was ever served the complaint.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant Bank of America and the complaint is dismissed.

Dated at New Haven, Connecticut, this 14th day of January 2013.

ROBIN D. TABORA, CLERK

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD:    1/14/2013